JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1  SIMON RESNIK HAYES LLP
   CORINNE ELFASSI, ESQ. #261243
2  15233 Ventura Boulevard, Suite 250
   Sherman Oaks, California 91403
3  TELEPHONE: (818) 783-6251
   FACSIMILE: (818) 783-6253
4

5
6  Attorneys for Plaintiff,
   PAUL SZABO, IV
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | PAUL SZABO, IV                        ) CASE NO.: CV 14-01833-GAF (FFMx)
                                           ) [Assigned to Honorable Gary A. Feess]
12 |                                       )
                Plaintiff,                 )
13 |                                       ) [PROPOSED] ORDER RE: STIPULATION
          vs.                              ) TO DISMISS ENTIRE ACTION WITH
14 |                                       ) PREJUDICE
                                           )
15 | MEDTRONIC, INC., and DOES 1 to 100,   )
     Inclusive                             )
16 |                                       )
                Defendants.                ) Complaint filed: February 11, 2014
17 |                                       ) Removed date: 03/12/2014
                                           ) Trial Date: Not Set
18 |                                       )
                                           )
19 |                                       )
                                           )
20 |_____)

21

22       GOOD CAUSE appearing therefore, the Stipulation to Dismiss the subject action is its

23 entirety with prejudice submitted by the parties to this action, is hereby GRANTED.

24       IT IS HEREBY ORDERED that the above-referenced action is dismissed with prejudice.

25 ///                                     IT IS SO ORDERED
                                           Dated [signature]
26 ///

27 ///
                                           [signature]
                                           United States District Judge
28                                  1
   [PROPOSED] ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

IT IS SO ORDERED.

DATED:                                    BY: _____

                                              Honorable Gary A. Feess

                                              U.S. District Court Judge

[PROPOSED] ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE